# EXHIBIT A

BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 4 INDIANA/KENTUCKY LIGHT COMMERCIAL ADDENDUM TO THE STATEWIDE UNIFORM AGREEMENT BY AND BETWEEN INDIANA BRICKLAYERS LOCAL #4 INDIANA/KENTUCKY AND INDIANA MASON CONTRACTORS ASSOCIATION, INC.

This BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 4 INDIANA/KENTUCKY RESIDENTIAL ADDENDUM TO THE STATEWIDE UNIFORM AGREEMENT BY AND BETWEEN INDIANA BRICKLAYERS LOCAL #4 INDIANA/KENTUCKY AND INDIANA MASON CONTRACTORS ASSOCIATION, INC. ("RESIDENTIAL ADDENDUM") OR ("LOCAL 4 INDIANA/KENTUCKY ADDENDUM") is made and entered into the First (1) day of May 2006 by and between BRICKLAYERS LOCAL #4 INDIANA/KENTUCKY ("UNION") and the INDIANA MASON CONTRACTORS ASSOCIATION ("EMPLOYER")

The parties mutually agree as follows:

1. WAGES AND FRINGE BENEFITS

The schedule of wages and Fringe Benefits are set forth in the Collective Bargaining Agreement of the local area chapter's jurisdiction in which the job covered by this AGREEMENT is located. Nothing less than one half (1/2) hour shall be used in computing employees wages and fringe benefits.

2. CURRENT STATEWIDE UNIFORM AGREEMENT

The parties now and then current Statewide Uniform Agreement By and between Indiana Bricklayers Local #4 Indiana/Kentucky and Indiana Mason Contractors Association, Inc. ("Statewide Agreement") is hereby adopted in its totality and shall apply to the STATEWIDE RESIDENTIAL ADDENDUM with the following exceptions:

(a) PURPOSE

The purpose of this RESIDENTIAL ADDENDUM is to provide for the establishment of wage scales and working conditions for a class of work which requires the knowledge, skills, and experience normally required in residential construction. It is further agreed that is ADDENDUM pertains only to the specific class of construction work as described here in after as RESIDENTIAL CONSTRUCTION.

(b) <u>TYPE OF WORK COVERED</u>

The types of work covered by this RESIDENTIAL ADDENDUM are structures in which a person or persons reside, such as a single family home and up to three (3) story "brick veneer apartments". This RESIDENTIAL ADDENDUM does not cover buildings which house transients or visitors for commercial purposes and does no cover any type of building that contains stores, shops or offices in any part of the building.

(c) <u>RECOGNITION AND SCOPE</u>

The UNION has requested recognition as a Section 9(a) bargaining representative, the EMPLOYER has granted such recognition and the EMPLOYERS recognition was based on the Union's showing, or offer to show, substantiation of its majority support.

(d) <u>HOURS AND DAYS</u>

Eight (8) hours shall constitute a day's work, said eight (8) hours to be worked between the hours of 7:00 A.M. and 5:00 P.M. A workweek shall consist of 40 hours. Overtime at the rate of time and one-half shall be paid on all work performed in excess of 40 hours.

(e) <u>MAKE-UP TIME</u>

In the event forty (40) hours is not obtained Monday through Friday, then and only then will Saturday's work be permitted as a make-up day, then no more than (8) hours between 7:00 A.M. and 5:00 P.M. will be allowed. The EMPLOYER shall notify the designated representative of the UNION by no later than 4:00 P.M. on the prior Friday afternoon when work on Saturday is necessary to obtain the forty (40) hours. In the event it is necessary to work Saturday as make-up time, the straight time hourly rate will apply for a maximum of eight (8) hours between the hours stipulated herein.

2. **GENERAL WORKING CONDITIONS**

(a) **STEWARDS**

SEE ARTICLE XXIII OF THE STATEWIDE UNIFORM AGREEMENT.

(b) **ADEQUATE JOB COVER**

Every effort is to be made by the EMPLOYER to provide adequate cover of the project, as well as heat, when necessary in order to ensure conditions conducive to keeping lost time due to adverse weather conditions to a minimum.

(c) **APPRENTICESHIP**

SEE ARTICLE XXIII OF THE STATEWIDE UNIFORM AGREEMENT

(d) **SAFETY**

SEE ARTICLE XV OF THE STATEWIDE UNIFORM AGREEMENT.

(e) **LANGUAGE ADDITIONS OR CHANGES**

This ADDENDUM shall be subject to amendment at any time by mutual consent of the parties hereto. Such amendment shall be reduced to writing, state the effective date thereof, and be executed in the same manner as was this ADDENDUM.

IN WITNESS WHEREOF; the parties have on its effective date executed this BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 4 INDIANA/KENTUCKY ADDENDUM TO THE STATEWIDE UNIFORM AGREEMENT BY AND BETWEEN INDIANA BRICKLAYERS LOCAL # 4 INDIANA/KENTUCKY AND INDIANA MASON CONTRACTORS ASSOCIATION, INC. which is effective on the __28__ day of __June__, 20__22__.

__Supan's Brick & Stone__
Name of EMPLOYER

__Patrick Rowles__
BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 4 IN/KY

By: __[signature]__
Signature/Title

By: __Patrick Rowles__
Signature/Title

By: __Anthony Supan__
Printed Name

__6090 E Gregory Rd   Eaton, 47338__
Employer's Address

__765-760-6861__
Telephone Number

_____
Fax Number

__TonyASupan@gmail.com__
E-Mail Address